PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. **Ivan Alexander Inoa Suero**                    Docket No. **2:24CR00751-1**

### Petition for Action on Conditions of Pretrial Release

COMES NOW SOPHIA MORRONE PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Ivan Alexander Inoa Suero**, who was placed under pretrial release supervision by the **HONORABLE ANDRE M. ESPINOSA** sitting in the Court at **50 Walnut St, Newark, NJ**, on **April 25, 2024**, under a $100,000 unsecured appearance bond with the following conditions:

1. **Pretrial Services Supervision.**
2. **Surrender all passports/travel documents. Do not apply for new travel documents.**
3. **Travel restricted to New York; and, New Jersey, for court purposes only, unless otherwise approved by Pretrial Services.**
4. **Maintain current residence or a residence approved by Pretrial Services.**
5. **Maintain or actively seek employment as approved by Pretrial Services.**
6. **No contact with victims, witnesses, or coconspirators unless in the presence of counsel.**
7. **Comply with all state court matters.**

On November 21, 2024, the defendant appeared before Your Honor for a Bail Violation Hearing at which time an additional condition was ordered:

8. **No firearms, purchaser's ID cards and permits Any firearms must be removed from the defendant's residence within 72 hours and verification provided to PTS.**

Respectfully presenting petition for action of Court and for cause as follows:

### [SEE ATTACHED ADDENDUM]

PRAYING THAT THE COURT WILL ORDER **a bail violation hearing be scheduled.**

ORDER OF COURT

Considered and ordered this _24th_ day of __February__, 2026_ and ordered filed and made a part of the records in the above case.

_____
ANDRE M. ESPINOSA
U.S. Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on            _____February 24, 2026_____

_____
SOPHIA MORRONE
U.S. Pretrial Services Officer